HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTIAN REID PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN REID PALMER,<br><br>Defendant. | Case No. 2:23-CR-00030-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:   June 6, 2023<br>TIME:    9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant, CHRISTIAN REID PALMER, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this matter was set on June 6, 2023.

2. By this stipulation, defendant now moves to continue the status conference until **August 1, 2023, 09:00 a.m.**, and to exclude time between June 6, 2023 and August 1, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, audio recordings, and protected material. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant needs additional time to review the discovery, meet with her client to discuss the discovery and how the evidence impacts resolution and sentencing options, conduct an independent factual investigation, and discuss any potential plea offers.

c) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2023, to August 1, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 1, 2023                    */s/ Meghan D. McLoughlin*
                                       MEGHAN D. McLOUGHLIN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CHRISTIAN REID PALMER


Dated: June 1, 2023                    */s/ Roger Yang*
                                       ROGER YANG
                                       Assistant United States Attorney


## ORDER

**IT IS SO FOUND AND ORDERED**.

Dated: June 01, 2023                   /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE