PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN REID PALMER,<br><br>Defendant. | CASE NO. 2:23-cr-0030 JAM<br><br>**STIPULATION TO SET CHANGE OF PLEA; FINDINGS AND ORDER**<br><br>DATE: March 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, and Assistant Federal Public Defender Meghan McLoughlin, counsel for Christian Reid Palmer that the parties request that the Court set a change of plea hearing for March 12, 2024 at 9:00 a.m.

Dated: March 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: March 6, 2024                    /s/ MEGHAN McLOUGHLIN
                                        MEGHAN McLOUGHLIN
                                        Counsel for Defendant
                                        CHRISTIAN REID PALMER

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, the Court **ADOPTS** the parties' stipulation and orders a change of plea hearing to be held on **March 12, 2024, at 09:00 a.m.,** before Senior District Judge John A. Mendez.

IT IS SO FOUND AND ORDERED.

Dated: March 06, 2024                   /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE