PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTIAN REID PALMER,<br><br>                Defendant. | 2:23-cr-00030-JAM<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Christian Reid Palmer, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Christian Reid Palmer's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. iPhone 12 Pro Max, IMEI 354703759511182, and
    b. MacBook Pro Model A1398, Serial Number: C02TQ37XG8WN.

2. The above-listed property was used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

SO ORDERED.

Dated: March 28, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE