PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-cr-00030-JAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| CHRISTIAN REID PALMER, | |
| Defendant. | |

On March 28, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Christian Reid Palmer forfeiting to the United States the following property:

      a.   iPhone 12 Pro Max, IMEI 354703759511182, and
      b.   MacBook Pro Model A1398, Serial Number:C02TQ37XG8WN.

Beginning on March 30, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1

Final Order of Forfeiture

1    Accordingly, it is hereby ORDERED and ADJUDGED:

2    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title,

3    and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and

4    interest of Christian Reid Palmer.

5    2.    All right, title, and interest in the above-listed property shall vest solely in the name of the

6    United States of America.

7    3.    The U.S. Marshals Service shall maintain custody of and control over the subject property

8    until it is disposed of according to law.

9    SO ORDERED.

10

11

12   Dated: December 27, 2024                   /s/ John A. Mendez

13                                              THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture